United States District Court
Central District of California

UNITED STATES OF AMERICA vs.        Docket No. CR 00-1220-SVW
Defendant DANIELS III, Ronald        Social Security No: 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 (TRUE)
akas: BANKS, Tracy; DANIELS, Ronald; "Lil Ronnie"
Residence Metropolitan Detention Center        Mailing Address: same
Address 535 North Alameda Street
       Los Angeles, CA  90012

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person,
on this date: 9-24-01
         Month / Day / Year

COUNSEL:   X WITH COUNSEL  Thomas Nishi, 1000 Wilshire Blvd., Suite 600, Los Angeles, CA 90017
                          (Appointed)  213.629.9066

PLEA:      X GUILTY, and the Court being satisfied that there is a factual basis for the plea.
           __ NOLO CONTENDERE
           __ NOT GUILTY

FINDING:   There being a finding/verdict of ___ GUILTY, defendant has been convicted as charged of the offense(s) of:
21 U.S.C. 841(a)(1): Distribution of Cocaine Base (Count 3) Class C Felony

### JUDGMENT AND PROBATION/COMMITMENT ORDER:

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court the defendant is committed to the Bureau of Prisons for a term of one-hundred fifty-one (151) months and shall commence when defendant is released from his prior undischarged sentence in the State of California or on October 4th, 2004, whichever is earlier.  Upon release from imprisonment, the defendant shall be placed on SUPERVISED RELEASE for a term of three (3) years under the following terms and conditions: 1) The defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; 2) The defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer; The defendant shall abstain from using illicit drugs, using alcohol, and abusing prescription medications during the period of supervision; 3) The defendant shall obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification in any name, other than the defendant's true legal name, without the prior approval of the Probation Officer; further, the defendant shall not use, for any purpose or in any manner, any name other than his true legal name. IT IS ORDERED that the defendant shall pay to the United States a SPECIAL ASSESSMENT of $100.00. Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine.  The Court reminds the defendant of his waiver regarding the right to appeal and orders the remaining Counts dismissed.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: District Judge _____
                          STEPHEN V. WILSON

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.
                                    Sherri R. Carter, Clerk
Dated/Filed 9-26-01                 By Paul Pierson
        Month / Day / Year          Deputy Clerk

page 1 of 1

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependants and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____   BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____   BY: _____