UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Case No: CR 00-1220-SVW     Date: September 3, 2002  9-9-02

HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul Pierson | Lena Villegas | Nancy Kardon |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

INTERPRETER: N/A

U.S.A. vs (Dft. listed below)         Attorneys for Defendants
1) Ozine Bridgeforth                  1) Angela Parrott, DFPD
X pres  X custody ___ bond            X pres  X apptd ___ retnd

PROCEEDING: HEARING ON DEFENDANT'S MOTION FOR DISCOVERY REGARDING THREE MONTHS OF WIRETAPS

Cause called and counsel make their appearance. Court and counsel confer regarding the above-referenced motion. The Court DENIES the referenced motion and continues the sentencing hearing from 9-16-02 at 11:00 a.m. to **DECEMBER 2nd, 2002 at 11:00 a.m.**

CC: USM
PTS
USPO

MINUTES FORM 6                        Initials of Deputy Clerk ____
CRIM - GEN