MARIA E. STRATTON (No. 090986)
Federal Public Defender
ANGELA G. PARROTT (No. 172431)
Deputy Federal Public Defender
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4206
Telephone (213) 894-4740
Facsimile (213) 894-0081

Attorneys for Defendant
OZINE BRIDGEFORTH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 00-1220-SVW |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER |
| v. | ) |
| OZINE BRIDGEFORTH, | ) |
| Defendant. | ) |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the hearing on defendant's motion for a new trial be April 28, 2003, at 1:30 p.m.; the hearing on defendant's motion responding to and denying the enhancement under 21 U.S.C. § 851(a) be May 26, 2003, at 1:30 p.m.; and the sentencing date be continued from April 14, 2003 at 11:00 a.m. to July 1, 2003 at 11:00 a.m.; or such dates that are convenient for the Court's calendar.

Dated: March 19, 2003

STEPHEN V. WILSON
United States District Judge

Presented by:

ANGELA G. PARROTT
Deputy Federal Public Defender

## PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served the **[PROPOSED] ORDER**.

On March 18, 2003 following ordinary business practice, service was:

[X] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[ ] By hand-delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By facsimile as follows:

NANCY KARDON
Assistant United States Attorney
United States Court House
312 North Spring Street, Suite 1500
Los Angeles, California 90012

LAURENE HARDING
United States Probation Officer
United States Court House
312 North Spring Street, Suite 600
Los Angeles, California 90012

This proof of service is executed at Los Angeles, California, March 18, 2003, 2002.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Annabel Alvarez