PROB 12
(Rev. 11/04)



## United States District Court
### for
### CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. RONALD DANIELS III          Docket No. CR00-01220-SVW

**Petition on Probation and Supervised Release (Modification)**

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>RONALD DANIELS III</u> who was placed on supervision by the Honorable <u>STEPHEN V. WILSON</u> sitting in the Court at <u>Los Angeles</u>, California, on the <u>24th</u> day of <u>September</u>, <u>2001</u> who fixed the period of supervision at <u>three years</u> and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Initially, Ronald Daniels III appeared to be making a favorable adjustment to supervision. He completed a employment preparation program, tested negative for controlled substances and secured gainful employment. However, on March 24, 2013, the offender used alcohol, as evidenced by analysis of his breath (Blood Alcohol Content of .32). In response, Mr. Daniels was admonished and instructed to attend support group meetings. However, on or before June 6, 2013, Mr. Daniels used cocaine and admitted he had not attended any support group meetings, as instructed by the probation officer.

Mr. Daniels is in need of the Court's intervention. The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Ronald Daniels III, as a special condition of supervised release, shall participate for a period not to exceed 90 days in a home detention program component of the Location Monitoring Program, which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system; the defendant shall observe all rules of such program, as directed by the Probation Officer; the defendant shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment; the defendant shall pay the costs of Location Monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation; the defendant shall provide payment and proof of payment as instructed; and the defendant shall be placed on a location monitoring schedule which would allow him to maintain his employment, which is as many as 72 hours per week, Monday through Saturday.

ORDER OF COURT

Considered and ordered this 28th day of June, 2013 and ordered filed and made a part of the records in the above case.

_United States District Judge_
STEPHEN V. WILSON

Respectfully,

AVA AUSTIN
U. S. Probation Officer

Place: Inglewood, California

Approved: PAUL B. PARSONS
Supervising U.S. Probation Officer

Date: June 20, 2013