UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:00-cr-01220-SVW | | Date | February 9, 2015 |
|---|---|---|---|---|

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Paul M. Cruz | Deborah Gackle | Ann Kim |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Daniels III | X | X | | Asal Akhondzadeh, DFPD | X | X | |

**Proceedings:** PRELIMINARY REVOCATION OF SUPERVISED RELEASE

    Case called and attorneys state their appearances. Defendant states his true and correct name on the record. Defendant is sworn in. Defendant admits the five allegations on the Petition on Probation and Supervised Release filed June 11, 2014, and the government withdraws the allegations on Petition on Probation and Supervised Release filed February 4, 2015. The Court finds that the defendant violated the conditions of the supervised release order imposed on September 24, 2001, and revokes, remands and sets aside defendant's supervised release.

    IT IS ADJUDGED, upon the findings of the Court, supervised release is revoked, vacated, and set aside. The defendant is committed to the custody of the Bureau of Prisons for a period of SIX (6) MONTHS.

    Upon release from confinement, the defendant is placed on a 12-month term of supervised release, under the same terms and conditions previously imposed, with the following additional conditions:

    1.    The defendant shall participate in a workforce development program or other similar program, which includes occupational/career development, including but not limited to assessment, testing, education, training classes, career guidance, employment search, and retention services, as directed by the Probation Officer;

    2.    The defendant shall submit to a search, at any time, with or without warrant, and by any law enforcement or probation officer, of the defendant's person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects upon reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct of by defendant, or by any probation officer in the lawful discharge of the officer's supervision functions.

| | : | 10 |
|---|---|---|
| | Initials of Deputy Clerk | PMC |

cc: USPO
     USM
     PSLA