FILED
CLERK, U.S. DISTRICT COURT

Feb 12, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:00-cr-01220-SVW |
| Plaintiff | JUDGMENT AND COMMITMENT ORDER |
| vs. | |
| Ronald Daniels, III | |
| Defendant. | |

WHEREAS, on February 9, 2015, came the attorney for the government, Ann Kim and the defendant appeared in person with appointed counsel, Asal Akhondzadeh; and the Court having held a preliminary revocation of supervised release hearing on the allegations as set forth in the Petition on Probation and Supervised Release filed June 11, 2014 and amended on February 4, 2015.

WHEREAS, on February 9, 2015, the defendant having admitted the five allegations on the Petition on Probation and Supervised Release filed June 11, 2014, and the government withdrawing the allegations on Petition on Probation and Supervised Release filed February 4, 2015, the Court finds that the defendant violated the conditions of the supervised release order imposed on September 24, 2001.

IT IS ADJUDGED, upon the findings of the Court, supervised release is revoked, vacated, and set aside. The defendant is committed to the custody of the Bureau of Prisons for a period of **SIX (6) MONTHS.**

1         Upon release from confinement, the defendant is placed on a 12-month term of supervised

2 release, under the same terms and conditions previously imposed, with the following additional

3 conditions:

          1.     The defendant shall participate in a workforce development program or other similar

5                  program, which includes occupational/career development, including but not limited

6                  to assessment, testing, education, training classes, career guidance, employment

7                  search, and retention services, as directed by the Probation Officer;

8           2.     The defendant shall submit to a search, at any time, with or without warrant, and by

9                  any law enforcement or probation officer, of the defendant's person and any

10                 property, house, residence, vehicle, papers, computer, other electronic

11                 communication or data storage devices or media, and effects upon reasonable

12                 suspicion concerning a violation of a condition of supervision or unlawful conduct

13                 of by defendant, or by any probation officer in the lawful discharge of the officer's

14                 supervision functions.

15         IT IS ORDERED that the Clerk deliver a copy of this judgment modifying supervised release

16 to the U.S. Marshal and the U.S. Probation Office, or other qualified officer.

17

18 DATE: February 12, 2015

19                                  STEPHEN V. WILSON
                                    UNITED STATES DISTRICT JUDGE

20

21 DATE: February 12, 2015

22                                TERRY NAFISI, CLERK OF COURT

23                                / S /
                    by _____

                               Paul M. Cruz, Deputy Clerk

24

25

26

27

28